UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>            Plaintiff,                 )<br>                                                            )<br>      v.                                                )<br>                                                            )<br>IDAHO TRANSPORTATION      )<br>DEPARTMENT, a department within )<br>the State of Idaho and                    )<br>SCARSELLA BROTHERS. INC.    )<br>                                                            )<br>            Defendants            )<br>_____) | No.  CV-04-428-N-EJL<br><br>ORDER GRANTING<br>JOINT MOTION TO TERMINATE<br>CONSENT DECREE |

THIS MATTER, having come before the undersigned judge of the above referenced Court on the Joint Motion to Terminate Consent Decree (Docket No. 68), and the Court having considered the joint motion and the representations made therein, it is hereby ORDERED, ADJUDGED AND DECREED that the parties' Joint Motion to Terminate Consent Decree (Docket No. 68) is GRANTED.  The referenced Consent Decree entered by the Court on June 23, 2006, is hereby TERMINATED.

DATED:  **August 1, 2011**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - PAGE 1